UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ORVILLE SCHULTZ, | No.  2:15-cv-796-GEB-EFB P |
| Petitioner, | |
| v. | ORDER |
| BRIAN DUFFY, | |
| Respondent. | |

This action was opened when Mr. Schultz, a state prisoner without counsel, filed a 340-page "motion to protect petitioner against tolling until state remedies are exhausted." ECF No. 1. On April 17, 2015, the court notified Mr. Schultz that he had not properly commenced a habeas action because he had not filed a petition as required by Rule 3 of the Rules Governing § 2254 Cases. ECF No. 5.  The court granted Mr. Schultz 30 days within which to file a petition. *Id.* The time for acting has passed and Mr. Schultz has not filed a petition or otherwise responded to the court's order.  He has, however, requested "assistance from the court," indicating that he would like to file either a civil rights action or an application for a writ of habeas corpus. *See* ECF Nos. 6, 8, 10.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to send Mr. Schultz the court's forms for an application for writ of habeas corpus and for a civil rights complaint pursuant to 42 U.S.C.§ 1983.
2. Mr. Schultz shall file either a petition for writ of habeas corpus or a civil rights complaint within 30 days of the date of this order.
3. Failure to comply with this order will result in this case being closed.

DATED: June 8, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE